# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARKEITHAN MCGINNIS

NO. 2025 KW 0684

**SEPTEMBER 26, 2025**

---

In Re: Markeithan McGinnis, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 184-24.

---

**BEFORE: MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT GRANTED.** The state filed a Motion for Discovery and Inspection on May 6, 2024, prior to the August 1, 2024, effective date of La. Code Crim. P. art. 390. The state continued to provide additional discovery to relator. In March 2025, the state filed notice of intent to use evidence and reports from the Louisiana State Police crime lab. Within ten days of receiving the notice from the state, relator provided notice pursuant to Article 390 of his intent to assert the justification of self-defense based on that particular evidence. After a hearing, the court sustained the state's opposition, finding that relator failed to show good cause for its delayed filing. Although relator failed to provide written notice within ten days of the state's initial motion for discovery, Article 390 was not law at that time. However, relator filed notice within ten days of receiving the state's additional discovery notice regarding the evidence at issue. Thus, relator showed good cause for the delay, and there is no indication that this was a delay tactic that would prejudice the state. Accordingly, the district court's ruling sustaining the state's opposition to relator's Notice of Intent Pursuant to La. Code Crim. P. art. 390 is reversed and this matter is remanded for further proceedings. Moreover, relator's right to present a defense as guaranteed by the Sixth Amendment to the United States Constitution and Article I, § 16 of the Louisiana Constitution informs our analysis.

SMM
WEF

**Edwards, J.,** would order the state to file a response to the writ application and invite a per curiam from the district court.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT